UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DIANA PAYNE, | : | CASE NO. 3:20-CV-00110 |
| *Plaintiff,* | : | (Judge Thomas M. Rose) |
| v. | : | |
| DAVITA, INC., et al. | : | |
| *Defendants.* | : | |

**ORDER GRANTING JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO STAY ALL DEADLINES**

And NOW, on this 23rd day of June, 2021, upon consideration of the parties' Joint Notice of Settlement in Principle and Motion to Stay All Deadlines, IT IS HEREBY ORDERED that said Motion is hereby GRANTED.

It is ORDERED that the parties shall file, within 30 days from the date of this ORDER, a Stipulated Notice of Dismissal; and

It is FURTHER ORDERED that all deadlines in the above-captioned case is hereby STAYED for 30 days.

SO ORDERED.

s/Thomas M. Rose
UNITED STATES DISTRICT JUDGE